UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NIKOLA NOCI

                                                                                                               Case No.: 21-CV-06282

                                                 Plaintiff,
       -against-                                                           **NOTICE OF APPEARANCE**

PATRICK J FALCI MANAGEMENT INC.,
ALDERTON APARTMENTS INC.

                                                 Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for all defendants in the above-captioned action. I certify that I am admitted to practice before this Court.


Dated:  Long Island City, New York
           December 22, 2021


                                                       STEPHEN D. HANS & ASSOCIATES, P.C.

                                             By:  **/s/Stephen D. Hans**
                                                  Stephen D. Hans (SH-0798)
                                                  30-30 Northern Boulevard, Suite 401
                                                  Long Island City, New York 11101
                                                  Tel: 718.275.6700
                                                  Fax: 718.275.6704
                                                  Email: shans@hansassociates.com